STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. VICTOR PACHECO, DEFENDANT-APPELLANT.

Argued November 5, 1969—Decided November 17, 1969.

*Mrs. Miriam N. Span,* Assistant Deputy Public Defender, argued the cause for the appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Ruston H. Ridgway,* Assistant Prosecutor, argued the cause for respondent (*Mr. Joseph Tuso,* Cumberland County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Conford in the Appellate Division, 106 *N. J. Super.* 540.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.